# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Caputo, A. Richard | U.S. Dist. Ct. M.D. of PA | 05/14/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Senior | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

197 South Main Street
Wilkes-Barre, PA 18701

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.  Co-Executor | Estate #1 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Caputo, A. Richard | 05/14/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Caputo, A. Richard | 05/14/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Caputo, A. Richard | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.  IRA #1 (H) | | | | | | | | | |
| 2.  -Alphabet Inc - CL C fka Google Inc. | | None | K | T | | | | | |
| 3.  -Chevron Corp. - Common Stk | A | Dividend | J | T | | | | | |
| 4.  -Cisco Systems Inc - Common Stk | A | Dividend | J | T | Buy | 03/23/18 | J | | |
| 5.  - Crimson Wine Group - Common Stk | | None | J | T | | | | | |
| 6.  -Frontier Communications Corp. - Common Stk | | None | | | Sold | 03/23/18 | J | A | |
| 7.  -JP Morgan U.S. Government Money Market Fund - Service Shares | A | Int./Div. | K | T | Open | 06/08/18 | K | | |
| 8.  -LPL Insured Cash Account | A | Int./Div. | | | Closed | 06/08/18 | K | | |
| 9.  -PPL Corp. - Common Stk | A | Dividend | J | T | | | | | |
| 10. -Verizon Communications, Inc. - Common Stk | A | Dividend | J | T | | | | | |
| 11. -Wells Fargo Bank, 2.550% Certificate of Dep., Due 03/30/20 | A | Interest | L | T | Buy | 03/28/18 | L | | |
| 12. -Weyerhaeuser Company - Common Stk | A | Dividend | J | T | | | | | |
| 13. Capital One, N.A., 1.150% Certificate of Dep, Due 10/05/18 | B | Interest | | | Redeemed | 10/05/18 | L | A | |
| 14. American Express, 1.70%, Certificate of Deposit, Due 8/22/19 | B | Interest | L | T | | | | | |
| 15. Wells Fargo Bank, 3.00%, Certificate of Dep, Due 10/26/20 | A | Interest | L | T | Buy | 10/26/18 | L | | |
| 16. LPL Financial Insured Cash Account | A | Interest | | | Closed | 06/08/18 | J | | |
| 17. JP Morgan U.S. Government Money Market Fund - Service Shares | A | Dividend | J | T | Open | 06/08/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Caputo, A. Richard | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during reporting period | | C<br>Gross value at end of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code 1<br>(A-H) | (2)<br>Type (e g , div , rent, or int ) | (1)<br>Value Code 2<br>(J-P) | (2)<br>Value Method Code 3<br>(Q-W) | (1)<br>Type (e g , buy, sell, redemption) | (2)<br>Date mm/dd/yy | (3)<br>Value Code 2<br>(J-P) | (4)<br>Gain Code 1<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 18. Luzerne Bank Account | | None | L | T | | | | | |
| 19. Wells Fargo Bank - Insured Cash Acct | A | Interest | L | T | | | | | |
| 20. Wells Fargo Bank - Savings Account | A | Interest | K | T | | | | | |
| 21. IRA #2 (H) | | | | | | | | | |
| 22. -LPL Financial Insured Cash Account | A | Interest | | | Closed | 06/08/18 | J | | |
| 23. -JP Morgan U.S. Government Money Market Fund - Service Shares | A | Dividend | J | T | Open | 06/08/18 | J | | |
| 24. - AT&T Inc - Common Stock | A | Dividend | J | T | | | | | |
| 25. AT&T Inc - Common Stock (formerly Direct TV Group, Inc.) | A | Dividend | J | T | | | | | |
| 26. Becton Dickinson Company - Common Stock | A | Dividend | J | T | | | | | |
| 27. Chevron Corp- Common Stock | A | Dividend | J | T | | | | | |
| 28. Conocophillips- Common Stock | A | Dividend | J | T | | | | | |
| 29. Corning Inc.- Common Stock | A | Dividend | J | T | | | | | |
| 30. Dell Technologies, Inc - Common Stock | | None | | | Sold | 03/23/18 | J | A | |
| 31. Gilead Sciences Inc - Common Stock | A | Dividend | J | T | | | | | |
| 32. Johnson & Johnson- Common Stock | A | Dividend | J | T | | | | | |
| 33. Merck & Company Inc- Common Stock | A | Dividend | J | T | | | | | |
| 34. Microsoft Corp- Common Stock | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Caputo, A. Richard | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. PPL Corp.- Common Stock | A | Dividend | J | T | Buy<br>(add'l) | 03/23/18 | J | | |
| 36. Verizon Communications- Common Stock | A | Dividend | J | T | | | | | |
| 37. Waste Manegement Inc.- Common Stock | A | Dividend | J | T | | | | | |
| 38. Weyerhaeuser Company - Common Stk | A | Dividend | J | T | | | | | |
| 39. Capital One N.A., 1.300%, Certificate of Deposit, Due 10/7/19 | C | Interest | M | T | | | | | |
| 40. Goldman Sachs Bank, 3.150% Certificate of Dep., Due 12/20/21 | | None | M | T | Buy | 12/19/18 | M | | |
| 41. Sallie Mae Bank, 2%, Certificate of Dep, Due 12/10/18 | C | Interest | | | Redeemed | 12/10/18 | M | | |
| 42. Wells Fargo Bank, 1.1%, Certificate of Dep, Due 03/15/18 | A | Interest | | | Redeemed | 03/15/18 | M | | |
| 43. Wells Fargo Bank, 2.550%, Certificate of Dep., Due 03/30/20 | C | Interest | M | T | Buy | 03/28/18 | M | | |
| 44. LPL Financial Insured Cash Account | A | Interest | | | Closed | 06/08/18 | L | | |
| 45. JP Morgan U.S. Government Money Market Fund - Service Shares | A | Dividend | L | T | Open | 06/08/18 | L | | |
| 46. 10 acres vacant land Orange County, Florida (Appraisal Date 8/18/2014) | | None | N | Q | | | | | |
| 47. Estate #1 - 16 acres vacant land, Slocum Twp, Luzerne Cty,PA | | None | K | W | | | | | |
| 48. American Express Bank 1.900% Certficate of Deposit Due 8/24/20 | C | Interest | M | T | | | | | |
| 49. DowDupont - Common Stock | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Caputo, A. Richard | 05/14/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII - Line 6 - LPL Financial Insured Cash Account - Bank account(s) maintained by LPL Financial which are made up of deposits at various FDIC banks. Cash in the insured cash account is transferred to various banks throughout the year at the discretion of LPL Financial. LPL Financial does not provide information to the filer with respect to the dates that the interbank transfers occur. Therefore, the filer is precluded from indicating the open and close dates of the underlying bank accounts where the cash has been invested. The Filer cannot direct, influence or in any other manner control the transfer of the cash from one financial institution to another. These accounts were closed on 6/8/18 and all cash was invested in a JP Morgan Money Market Fund.

Part VII - Line 15 - LPL Financial Insured Cash Account - Bank account(s) maintained by LPL Financial which are made up of deposits at various FDIC banks. Cash in the insured cash account is transferred to various banks throughout the year at the discretion of LPL Financial. LPL Financial does not provide information to the filer with respect to the dates that the interbank transfers occur. Therefore, the filer is precluded from indicating the open and close dates of the underlying bank accounts where the cash has been invested. The Filer cannot direct, influence or in any other manner control the transfer of the cash from one financial institution to another. These accounts were closed on 6/8/18 and all cash was invested in a JP Morgan Money Market Fund.

Part VII - Line 20 - LPL Financial Insured Cash Account - Bank account(s) maintained by LPL Financial which are made up of deposits at various FDIC banks. Cash in the insured cash account is transferred to various banks throughout the year at the discretion of LPL Financial. LPL Financial does not provide information to the filer with respect to the dates that the interbank transfers occur. Therefore, the filer is precluded from indicating the open and close dates of the underlying bank accounts where the cash has been invested. The Filer cannot direct, influence or in any other manner control the transfer of the cash from one financial institution to another. These accounts were closed on 6/8/18 and all cash was invested in a JP Morgan Money Market Fund.

Part VII - Line 44 - LPL Financial Insured Cash Account - Bank account(s) maintained by LPL Financial which are made up of deposits at various FDIC banks. Cash in the insured cash account is transferred to various banks throughout the year at the discretion of LPL Financial. LPL Financial does not provide information to the filer with respect to the dates that the interbank transfers occur. Therefore, the filer is precluded from indicating the open and close dates of the underlying bank accounts where the cash has been invested. The Filer cannot direct, influence or in any other manner control the transfer of the cash from one financial institution to another. These accounts were closed on 6/8/18 and all cash was invested in a JP Morgan Money Market Fund.

Part VII - Line 45 - Orange County, Florida property - Information reported, as in prior years, represents 100% of the value. However, the reporting person's ▓▓▓ owns a one-third interest in the property; one other individual also owns a one-third interest and two other individuals each own a one-sixth interest in the property.

Part VII - Line 46 - This is property in Estate #1.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **A. Richard Caputo**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544